IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GUY W. CHIARULLI, <br><br>         Plaintiff, <br><br>    v. <br><br> WARDEN ERIC TAYLOR, et al., <br><br>         Defendants. | Civil No. 08-4400 (JBS/AMD) |

### ORDER

This matter having come before the Court <u>sua sponte</u> by the Court in light of the failure of Plaintiff <u>pro se</u>, Guy W. Chiarulli, to comply with the Court's Scheduling Orders and to prosecute this action; and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the Court having made a <u>de novo</u> review; and for good cause shown;

IT IS on this 16th day of April 2010 hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

                                   /s/ Jerome B. Simandle
                                   JEROME B. SIMANDLE
                                   UNITED STATES DISTRICT JUDGE